**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

VICTOR CHARLES DONALD, SR.,                                PLAINTIFF

v.                       No. 4:10CV01220 JLH-JTK

DAVID REYNOLDS, et al.                                      DEFENDANTS

**JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this decision is not in good faith.

IT IS SO ADJUDGED this 29th day of September, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE